**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1040**

JAMES DANIEL NOBLES,

             Plaintiff - Appellant,

        v.

STATE OF WEST VIRGINIA; COUNTY OF WOOD; JOE MANCHIN; DEBBIE
TEMSVARY; WENDY MILLER; ANGELA HATFIELD; KATRINA M. CHRIST; JODIE
BOYLEN; LAUREA ELLIS; JOHN ARNOTT,

             Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Parkersburg.  Joseph R. Goodwin,
Chief District Judge.  (6:07-cv-00546)

Submitted:  March 27, 2008          Decided:  April 4, 2008

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

James Daniel Nobles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Daniel Nobles seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Nobles v. West Va., No. 6:07-cv-00546 (Dec. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED